**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 4107 |
| | ) | Criminal Case No. 11 CR 417-4 |
| **LAGUADA THOMAS**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Laguada Thomas ("Thomas") has filed a "Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By a Person In Federal Custody" ("Motion"), seeking to challenge the sentence that this Court imposed on him on September 16, 2014 pursuant to Thomas' plea of guilty to one of the counts in the indictment against him.  That Motion raised two grounds for relief, both stemming from the United States Supreme Court's June 26, 2015 decision in Johnson v. United States, 135 S. Ct. 2551.  To insure that Thomas' Motion receives full consideration, this Court orders pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts that a response be filed by government counsel on or before June 23, 2016.  Upon receipt of that response, this Court will determine what further proceedings may be called for.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 6, 2016